IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANTONIO AYALA-FLORES<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Case No.  1:16-CV-517-BLW<br>Crim Case No.  1:15-CR-046-BLW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that:

1. Pursuant to Rule 4(b), Rules Governing Section 2255 Proceedings, and after initial review of the motion it is found that responsive briefing to the allegations of the Petitioner would aid the Court in resolving the pending motion. The United States shall file a written response to the Petitioner's motion within thirty (30) days from the date of this scheduling order. The Petitioner shall have fourteen (14) days thereafter to file any reply brief.

2. Upon receipt of the briefing, the matter will be reviewed by to the Court. The Court will decide whether additional proceedings are necessary, and if so, the Court will notify the parties to request further briefing and/or set the matter for hearing.



DATED: February 13, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge